Reversed and Remanded and Memorandum Opinion filed April 8, 2004









Reversed and Remanded and Memorandum Opinion filed
April 8, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00158-CV

____________

 

KERR-MCGEE
CORPORATION, Appellant

 

V.

 

CONOCO,
INC., Appellee

 



 

On Appeal from the 113th
District Court

Harris
County, Texas

Trial Court Cause No. 00-64374

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed on January 6, 2003.

On April 2, 2004, the parties filed an agreed motion to
dismiss the appeal in order to effectuate a compromise and settlement
agreement.   See Tex. R. App. P. 42.1. 
The parties ask that we dismiss and render a take-nothing judgment
against appellant.  We construe the
motion as one seeking to reverse and remand to the trial court for entry of
judgment in accordance with the parties= agreement.  We grant the motion.








Accordingly, we reverse the trial court=s judgment and remand to the trial
court for entry of judgment in accordance with the parties= agreement.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 8, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.